|  | **Agreement Description** | **Cure Amount** |
|---|---|---|
| 245. | Agreement for as-needed hardware maintenance services, with PCI | $0.00 |
| 246. | Agreement for maintenance of laser printers at factories, with Printonix, Inc. (3 agreements) | $0.00 |
| 247. | Agreement for database support at 101 N. Wacker Drive, Chicago, Illinois, with Pro Data Computer Systems Inc. | $0.00 |
| 248. | Agreement for support for tape drive hardware, with Quantum. | $0.00 |
| 249. | Agreement for printer maintenance, with RCM Data Corporation. | $0.00 |
| 250. | Agreement for maintenance of fire extinguishers, with Reliable Fire Equipment Co. | $0.00 |
| 251. | Agreement for office equipment lease, with Ricoh Americas Corporation. | $0.00 |
| 252. | Agreement for maintenance of printer at 1700 Touhy Avenue, Des Plaines, Illinois, with Sato Labeling Solutions America, Inc. | $0.00 |
| 253. | Agreement for maintenance for AS/400 at 1155 N. Clinton Avenue, Rochester, with Sirius Computer Solutions. | $0.00 |
| 254. | Agreement for long distance voice and data communication services, with Sprint. | $0.00 |
| 255. | Agreement for IT consulting services, with Tatum Controller Services, LLC. | $0.00 |
| 256. | Agreement for as-needed configuration and upgrade support for routers at 101 N. Wacker Drive, Chicago, Illinois, with Techpro, Inc. | $0.00 |
| 257. | Agreement for internet service at 1155 North Clinton Avenue, Rochester, with Time Warner Cable. | $0.00 |
| 258. | Agreement for internet service, with Time Warner Cable Syracuse Division. | $0.00 |
| 259. | Agreement for as-needed configuration and upgrade support for routers at 101 N. Wacker Drive, Chicago, Illinois, with Tympani, Inc. | $0.00 |
| 260. | Local and long distance telephone service at NYC office; Long distance telephone services at 30 Bridges Road, Rouses Point, New | $0.00 |

| | Agreement Description | Cure Amount |
|---|---|---|
| | York, with Verizon New York. | |
| 261. | Maintenance for printers at 1155 N. Clinton Avenue, Rochester and 745 Fifth Avenue, New York with Vitec Solutions, LLC. | $0.00 |
| 262. | Broadband and voice telecommunication services at 610 Uhler Road, Easton, Pennsylvania, with XO Communications. | $0.00 |
| 263. | Lease Agreement, dated as of March 15, 2007, by and between CB-1 Commercial Co LLC and HMX Luxury, Inc., as amended by First Amendment to Lease, dated as of October 31, 2007. (767B Market Street, San Francisco, CA) | $21,308.00 |
| 264. | Standard Lease, dated September 27, 2007, by and between Flaum Commons, L.P. and Hickey Freeman Co., Inc., as amended by Lease Modification Agreement No. 1, dated January 2009, by and between Flaum Commons, L.P. and Hickey Freeman Co., Inc. (1225 Jefferson Road, Henrietta, NY) | $4,038.00 |
| 265. | Agreement of Lease, dated as of May 15, 2003, by and between FH Corp. and Hickey-Freeman Co., Inc., as affected by Letter Agreements, dated July 7, 2003, June 1, 2007 and December 18, 2008. (Manchester Center, 32 Center Hill Road, Manchester, VT) | $4,457.00 |
| 266. | Lease Agreement, dated as of July 14, 2000, made by and between Outlet Village at Kittery Limited Partnership and Hickey-Freeman Co., Inc. (Tidewater Outlet Mall, 375 S. Route #1, Kittery, ME) | $7,961.38, plus any charges owed and accrued under the lease agreement but not yet billed for taxes, CAM, overage or percentage rent and/or utilities in an amount not to exceed $2,500 in the aggregate |
| 267. | Lease, dated September 30, 2004, by and between CPG Partners, L.P. and HMX Luxury, Inc., as affected by Assignment and Assumption of Lease, dated October 1, 2004 and Commencement Date Agreement, dated November 22, 2004. (Woodbury Common Premium Outlets, 821 Grapevine Court, Central Valley, NY) | $14,288.44, plus any charges owed and accrued under the lease agreement but not yet billed for taxes, CAM, overage or percentage rent and/or utilities in an amount not to exceed $2,500 in the aggregate |

| | Agreement Description | Cure Amount |
|---|---|---|
| 268. | Lease, dated as of May 27, 2008, by and between Joan F. Tobin and Barbara Z. Walker as Trustees of the Trust for the benefit of Joan F. Tobin created under Item 7A of the Will of Dorette K. Fleischmann, deceased, and Hickey-Freeman Co., Inc dba Bobby Jones, as amended by Letter, dated December 11, 2008, from Neapolitan Enterprises to Hickey Freeman. (Camargo Courtyard Building, 1209 South Third Street, Suite #7, Naples, FL) | $4,540.00 |
| 269. | California Commercial Lease Agreement, dated August 14, 2007, by and between K. Kandle Inc. and Monarchy Group, Inc. (2444 Porter St., Suite M, Los Angeles, CA) | $22,379.49 |
| 270. | Standard Form of Loft Lease, dated as of September 15, 2004, by and between 499 Fashion Tower, LLC and Exclusively Misook Apparel, Inc., as amended by Assignment and Assumption of Lease, dated as of July 1, 2006, by and between Exclusively Misook Apparel, Inc. and M. Wile & Company, Inc. (499 Seventh Ave, 14th and 15th Floors, South Tower, New York, NY) | $0.00 |
| 271. | Lease Agreement, dated January 1, 2005, by and between The Three Little Bears L.L.C. and Simply Blue, Inc., as amended by Assignment and Assumption of Lease Agreement, dated as of October 31, 2005, made by and between Simply Blue, Inc. and SB Acquisition Corp., First Amendment to SB Lease Agreement and Termination of SJB Lease Agreement, dated November 2006, by and between The Three Little Bears L.L.C. and Simply Blue Apparel, Inc. f/k/a SB Acquisition Inc., and Second Amendment to SB Lease Agreement, dated August 20, 2008, by and between The Three Little Bears L.L.C. and Simply Blue Apparel, Inc. f/k/a SB Acquisition Inc. (17935 N.E. 65th Street, Redmond, WA) | $0.00 |
| 272. | License Agreement, dated as of January 29, 2009, by and between LVP St. Augustine Outlets, L.L.C. and Hickey-Freeman Co., Inc. d/b/a Bobby Jones, as amended by Amendatory Agreement, dated as of April 15, 2009, by and between LVP St. Augustine Outlets, L.L.C. and Hickey-Freeman Co., Inc. d/b/a Bobby Jones (St. Augustine Prime Outlets, 500 Prime Outlets Blvd. Ste. 35, St. Augustine, FL 32084) | $6,053.00 |
| 273. | Employment Agreement, dated as of August 14, 2007, by and between M Acquisition Corp. and Eric Kim. | $0.00 |
| 274. | Employment Agreement, dated as of October 31, 2005, by and between SB Acquisition Corp. and Melvin T. Matsui. | $0.00 |

Doc. # CC-208531 v.1

|      | **Agreement Description** | **Cure Amount** |
|------|---------------------------|-----------------|
| 275. | Letter re Employment Agreement, from SB Acquisition Corp. to Melvin T. Matsui. | $0.00 |
| 276. | Employment Agreement, dated as of July 20, 2004, by and between EM Acquisition Corp. and Misook Doolittle. | $0.00 |

| DESCRIPTION | CURE AMOUNT |
| --- | --- |
| 9ci | $0.00 |
| 3780 PLUS SYNCCABLE | $0.00 |
| ACOM | $0.00 |
| Acrobat Pro V.8 Complete 2 licenses | $0.00 |
| ADO DESIGN STD CS3 WIN TR | $0.00 |
| Adobe-Creative Suites, MS Office 2004 | $0.00 |
| Adobe Acrobat 7.0 Professional | $0.00 |
| Adobe Acrobat 7.0.5 Professional | $0.00 |
| Adobe Acrobat 8 Professional | $0.00 |
| Adobe Illustrator 10 | $0.00 |
| Adobe Illustrator CS2 | $0.00 |
| Adobe Photoshop 7.0 | $0.00 |
| Adobe Photoshop CS3 | $0.00 |
| Advantek Timeclock Software | $0.00 |
| AdventNet (Service Desk) | $0.00 |
| AMS manufacturing software | $0.00 |
| AS400 Vantage Point Inventory System | $0.00 |
| Asist System Automator | $0.00 |
| ASM - Cut Planning | $0.00 |
| Authorize.Net | $0.00 |
| Avalanche Mobility Center | $0.00 |
| Avalanche Remote Control | $0.00 |
| Avalara | $0.00 |
| Avalara - WEB based sales tax calculation service | $0.00 |
| AVST - voice mail | $0.00 |
| Backup Exec 12 | $0.00 |
| Backup Exec 12 Active Directory Agent | $0.00 |
| Backup Exec 12 Sequel Agent | $0.00 |
| Backup Exec 12 System Recovery Option | $0.00 |
| Backup Exec SAP Agent | $0.00 |
| Backup Exec Sharepoint Agent | $0.00 |
| Backup, Windows Server, Exchange Srv | $0.00 |
| Barcode400 Labeling software | $0.00 |
| BarTender 7.75.2003 | $0.00 |
| BEST SOFTWARE+SYMBOL READER | $0.00 |
| Biz Connect by Inovis | $0.00 |
| CAD SOFTWARE | $0.00 |
| CAD software – Lectra | $0.00 |
| Celerant Command Point of Sale | $0.00 |
| CHEYENNE SOFTWARE | $0.00 |
| CMT Access | $0.00 |
| COBOL | $0.00 |
| Corel Graphics Suite 11 | $0.00 |
| CorelDRAW Graphics Suite 11 | $0.00 |

| DESCRIPTION | CURE AMOUNT |
|---|---|
| CorelDRAW Graphics Suite X3 | $0.00 |
| CorelDRAW Graphics Suite X4 | $0.00 |
| Crystal Reports | $0.00 |
| Ledger | $0.00 |
| Custom Suit Web Application | $0.00 |
| Cutworks | $0.00 |
| DBU 8.0 | $0.00 |
| Dell Server Anti Virus | $0.00 |
| Document capture software for microfiche | $0.00 |
| Ecometry License | $0.00 |
| ECS UPGRADE FOR EDI | $0.00 |
| EDI SOFTWARE LICENSE | $0.00 |
| ELECTRONIC COMMERCE SYSTEMS EDI SOFTWARE | $0.00 |
| ESEND and Sequel software | $0.00 |
| E-Trust - Computer Associates – anti virus | $0.00 |
| FIREWALL VPN UPGRADE | $0.00 |
| FIREWALL-3COM OFFICE CONNECT UPGRADE | $0.00 |
| Flash Development Project | $0.00 |
| FTPTOOLS | $0.00 |
| Good Mobile Messaging | $0.00 |
| GoToMyPC | $0.00 |
| GT Software | $0.00 |
| HP RX2620 is a server, not software | $0.00 |
| IBM | $0.00 |
| ICM Point of Sale | $0.00 |
| Inovis - EDI software | $0.00 |
| IP Enabler License | $0.00 |
| IssueTrak software | $0.00 |
| Issuetrak - help desk software | $0.00 |
| Java Tomcat | $0.00 |
| Job automation and scheduling software | $0.00 |
| LabelView | $0.00 |
| Lathem Time Clock (Employee Time Monitor) | $0.00 |
| Leadtec - shop floor control | $0.00 |
| Legacy shop floor control software | $0.00 |
| Legacy - home grown ERP for tailored product | $0.00 |
| LICENSES - 4 NORAND | $0.00 |
| LLM-WIN32 PDE/NT02 | $0.00 |
| LOFTWARE-LLMWIN 16-32 USERS | $0.00 |
| MacKinney CICS-Signon | $0.00 |
| MacKinney CICS-Spy | $0.00 |
| MacKinney MLI | $0.00 |
| Macro4 VtamPrint | $0.00 |
| Made-to-Measure | $0.00 |

| DESCRIPTION | CURE AMOUNT |
|---|---|
| MAS 90 – LA | $0.00 |
| Maxback VSE | $0.00 |
| McAfee | $0.00 |
| McAfee Virus and Spyware Protection Service | $0.00 |
| Microsoft Exchange 2003 / Outlook | $0.00 |
| Microsoft Office | $0.00 |
| Microsoft Office 2003 | $0.00 |
| Microsoft Office 2007 | $0.00 |
| Microsoft Office XP | $0.00 |
| Microsoft Project | $0.00 |
| Microsoft Sequel Server 2005 | $0.00 |
| Microsoft Server 2000 | $0.00 |
| Microsoft Server 2003 | $0.00 |
| Microsoft Server 2003 | $0.00 |
| Microsoft Sharepoint | $0.00 |
| Microsoft SQL | $0.00 |
| Microsoft Terminal Services | $0.00 |
| Microsoft Visio | $0.00 |
| Microsoft Windows CE | $0.00 |
| Microsoft Windows XP SP2 | $0.00 |
| Microsoft XP | $0.00 |
| MICROSOFT BACKOFFICE | $0.00 |
| Microsoft Dynamics NAV 5.0 Application Server | $0.00 |
| Microsoft Dynamics NAV 5.0 CSIDE Client | $0.00 |
| MICROSOFT LICENSES | $0.00 |
| Microsoft Office Basic Edition 2003 | $0.00 |
| Microsoft Office Professional 2007 | $0.00 |
| Microsoft Office Professional Edition 2003 | $0.00 |
| Microsoft Office Professional Hybrid 2007 | $0.00 |
| Microsoft Office Small Business Edition 2003 | $0.00 |
| Microsoft Office Standard Edition 2003 | $0.00 |
| Microsoft SQL Server 2005 | $0.00 |
| Microsoft Windows SharePoint Services 3.0 | $0.00 |
| Microsoft Windows XP Professional | $0.00 |
| Microsoft(R) Windows(R) Server 2003 Standard x64 Edition | $0.00 |
| Microsoft(R) Windows(R) Server 2003, Standard Edition | $0.00 |
| Microsoft® Windows Vista™ Business | $0.00 |
| Microsoft® Windows Vista™ Ultimate | $0.00 |
| Mirror Image software | $0.00 |
| Momentum Brand Group | $0.00 |
| MONARCH CAD DESIGN SOFTWARE | $0.00 |
| MS OV EXHANGE SERVER 2003 SOFTWARE | $0.00 |
| MS SQL 2005 (database for Solomon) | $0.00 |
| MS SQL 7 (database for PVL) | $0.00 |

| DESCRIPTION | CURE AMOUNT |
|---|---|
| MS SQL SERVER 2000 SOFTWARE | $0.00 |
| MS VISUAL STUDIO UPGRADE | $0.00 |
| MS W2003 SRVR STD W/5 CAL | $0.00 |
| MS WINDOWS SERVER UPGRADES | $0.00 |
| MS Office Basic 2007 | $0.00 |
| Navision Software | $0.00 |
| NeoPost | $0.00 |
| Nester | $0.00 |
| NGC | $0.00 |
| NMC - Accounts Receivable | $0.00 |
| Nouvolution ERP Inventory System | $0.00 |
| OFFICE 2000 UPGRADE | $0.00 |
| Office 2003 | $0.00 |
| Office Professional | $0.00 |
| Operating software for AS/400 at 1155 N. Clinton Ave., Rochester | $0.00 |
| Oracle | $0.00 |
| Order entry and tracking software | $0.00 |
| OS400 V5R2 | $0.00 |
| PathFinder software | $0.00 |
| PCMaster | $0.00 |
| Pervasive | $0.00 |
| POINTE CARRE DESIGN SOFTWARE | $0.00 |
| Power Process | $0.00 |
| Programming software | $0.00 |
| PVL | $0.00 |
| Quick-Label Systems | $0.00 |
| Relius | $0.00 |
| Report splitter software for AS/400 | $0.00 |
| RF/WMS SOFTWARE PACKAGE | $0.00 |
| Rightfax - fax software | $0.00 |
| RLM | $0.00 |
| Robot - automated operations software | $0.00 |
| RPG IV programming language | $0.00 |
| Sage FAS | $0.00 |
| SAP ECC 6.0 | $0.00 |
| Seagull License Server 7.75.2003 | $0.00 |
| Security Software AXSalert Visonic Tech | $0.00 |
| SEQUEL - business intelligence software | $0.00 |
| Sharepoint | $0.00 |
| Sharepoint- SQL Server | $0.00 |
| Softmenu - menu software | $0.00 |
| Solomon | $0.00 |
| SonicWALL | $0.00 |

Doc. # CC-208531 v.1

| DESCRIPTION | CURE AMOUNT |
|---|---|
| SonicWALL Anti-Spam Desktop | $0.00 |
| SonicWALL Global VPN Client | $0.00 |
| SonicWall Pro 3060 Security AP | $0.00 |
| SurfControl | $0.00 |
| Symantec Backup Exec | $0.00 |
| SyBase | $0.00 |
| Symantec Anti Virus Enterprise | $0.00 |
| Symantec Backup Exec | $0.00 |
| Symantec Backup Exec Exchange Client | $0.00 |
| Symantec Backup Exec SQL Client | $0.00 |
| Symantec Backup Exec (TM) 11d for Windows Servers | $0.00 |
| SYMATEK VISUAL CAFÉ V4 | $0.00 |
| TAATOOLS | $0.00 |
| Terminal Servier | $0.00 |
| Time recording software | $0.00 |
| Trend Micro Anti-Virus | $0.00 |
| Tukatech Patter Software License | $0.00 |
| Turnover - IBM Change Management Software | $0.00 |
| VERITAS SERVER SOFTWARE | $0.00 |
| VISUAL BASIC-6.0 | $0.00 |
| VISUAL STUDIO | $0.00 |
| Vrlink | $0.00 |
| WebPDM Client | $0.00 |
| WebPDM Server | $0.00 |
| Websense | $0.00 |
| WINDOWS 2000 SERVER UPGRADE | $0.00 |
| WRKDBF | $0.00 |