IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-02046 (BWB) |
| | ) (Jointly Administered) |
| | ) Chapter 11 |
| XMH CORP. 1 | ) |
| (f/k/a Hartmarx Corporation), et al., | ) Hon. Bruce W. Black |
| | ) |
| Debtors.[1] | ) |
| | ) |

### ORDER UNDER 11 U.S.C. § 1121(d) EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF PLAN

This matter having come before the Court on the motion, dated March 8, 2010 (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for entry of an order under Bankruptcy Code section 1121(d) extending the exclusive periods during which debtors may file and solicit acceptances of a plan; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED to the extent set forth herein.

---

[1] A list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-02046 (BWB) (Docket No. 874) and can also be found at www.kccllc.net/hartmarx.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

1

2. The Debtors' exclusive period to file a Plan is extended to and including July 23, 2010, except with respect to the Creditors' Committee for which such period will terminate at the expiration of the current Exclusive Period.

3. The Debtors' exclusive period to solicit acceptance of a Plan is extended to and including September 23, 2010, except with respect to the Creditors' Committee for which such period will terminate at the expiration of the current Exclusive Period.

4. Entry of this Order is without prejudice to (i) the Debtors' right to seek from this Court such additional and further extensions of the Exclusive Periods as may be necessary or appropriate or (ii) any party in interest's right to seek to reduce the Exclusive Periods for cause in accordance with 11 U.S.C. § 1121(d).

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: Chicago, Illinois

*MARCH 18,* 2010

_____
United States Bankruptcy Judge