# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re: XMH CORP. 1                )    Case No. 09-02046
                                  )
                                  )    Chapter 11 Bankruptcy (Jointly
                                  )    Administered)
                                  )
                                  )    Hon. Bruce W. Black

## ORDER GRANTING MOTION FOR RELIEF
## FROM STAY TO INDUSTRIAS CAVALIER DE C.V.

   Pursuant to the motion of Industrias Cavalier de C.V. ("Cavalier"), and pursuant to 11 USC § 362(d)(1) & (2), the Court grants Cavalier's request for entry of an order for relief from stay, permitting Cavalier to exercise whatever rights Cavalier may have in accordance with Mexican law to convert or sell the fabric subject to Cavalier's motion, and apply the proceeds to its secured claim in this matter.

Dated: **15 APR 2010**                         Hon. Bruce W. Black

                                                /s/ Bruce W. Black