UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No:  09 B 02046 |
| XMH CORP. 1, | ) | |
| (f/k/a Hartmarx Corporation), et al. | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Neal, Gerber & Eisenberg LLP, Attorneys for the Official Committee of Unsecured Creditors, for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $220,953.50 | Total Costs Requested: | $2,674.55 |
| Fees Disallowed: | $           0 | Costs Disallowed: | $    22.00 |
| Total Fees Allowed: | $220,953.50 | Total Costs Allowed: | $2,652.55 |

Total Fees and Costs Allowed:      $223,606.05

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

> **Overhead Costs are Non-Compensable**
> The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Convent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

Cabfare                                                                                          $22.00

     **Neal, Gerber & Eisenberg LLP** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated:   _12/16/2010_                              Entered:

                                                                    _Bruce W. Black_

                                                                    _____
                                                                    Bruce W. Black
                                                                    United States Bankruptcy Court