UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
|    XMH Corp. 1 | ) | Case No: 09 B 02046 |
|    (f/k/a Hartmarx Corporation), *et al.* | ) | |
| | ) | Honorable Bruce W. Black |
|    Debtors. | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Neal, Gerber & Eisenberg LLP, Counsel to the Official Committee of Unsecured Creditors of Hartmarx Corporation, *et al.*, for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | | | |
|---|---|---|---|---|---|
| Total Fees Requested: | $ | 327,435.50 | Total Costs Requested: | $ | 44,904.78 |
| Fees Disallowed: | $ | 26,218.50 | Costs Disallowed: | $ | 17.21 |
| Total Fees Allowed: | $ | 301,217.00 | Total Costs Allowed: | $ | 44,887.57 |

Total Fees and Costs Allowed:    $346,104.57

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)    Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989)("[It is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client."):

12/30/10    Meals – Petty Cash – Lunch mtg 12/17/10 per DMG                ($12.21 disallowed)

**(2)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses that are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Covent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)). Absent extraordinary circumstances, the court will not reimburse an applicant for local parking and transportation at the estate's expense. *See In re Covent Guardian Corp.*, 103 B.R. 937, 940-944 (Bankr. N.D. Ill. 1989).

11/15/10    Cabfare – Petty Cash – 10/22/10 per MAB                        ($5.00 disallowed)

**(3)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Avoidance Actions

| Date | Description | Amount |
|---|---|---|
| 10/08/10 | update charts (.7); assemble files (.2) | ($216.00 disallowed) |
| 10/13/10 | update charts (.9) | ($216.00 disallowed) |
| 10/15/10 | assemble complaints and exhibits for filing (2.1) | ($504.00 disallowed) |
| 10/18/10 | assemble complaints and exhibits for filing (1.1) | ($264.00 disallowed) |
| 10/19/10 | review and assemble complaints and exhibits for filing   (1.4) | ($336.00 disallowed) |
| 10/19/10 | begin to e-file complaints (2.3) | ($552.00 disallowed) |
| 10/20/10 | review and assemble complaints and exhibits for filing (1.0) | ($240.00 disallowed) |
| 10/20/10 | e-file complaints (5.5) | ($1320.00 disallowed) |
| 10/21/10 | update charts with case information (2.8) | ($672.00 disallowed) |
| 10/26/10 | organize files (.2) | ($129.00 disallowed) |
| 10/26/10 | update charts with service information (.8) | ($192.00 disallowed) |
| 10/27/10 | e-file amended complaint (.2) | ($48.00 disallowed) |
| 10/27/10 | review and update chart with service and other info. (1.0) | ($240.00 disallowed) |
| 10/28/10 | update charts (.8) and (.7) | ($360.00 disallowed) |
| 10/29/10 | e-file executed summons (4.0) | ($960.00 disallowed) |
| 10/29/10 | e-file appearances of D. Gutfeld (1.5) | ($360.00 disallowed) |
| 11/01/10 | update charts (.3) and (.4) and (.5) | ($288.00 disallowed) |
| 11/09/10 | organize files (.2) | ($129.00 disallowed) |
| 11/12/10 | update master chart (.8) | ($192.00 disallowed) |
| 11/12/10 | e-file dismissal and amended complaints (1.2) | ($288.00 disallowed) |
| 11/16/10 | review of multiple dockets (1.1  ) | ($264.00 disallowed) |
| 11/16/10 | e-file executed summons (.6) | ($144.00 disallowed) |
| 11/16/10 | review and update master chart (1.0) | ($240.00 disallowed) |
| 11/17/10 | assemble files with amended complaints (.3) | ($72.00 disallowed) |
| 11/17/10 | update chart with extension and attorney info. (.7) | ($168.00 disallowed) |
| 11/18/10 | update chart with extension and attorney info. (.8) | ($192.00 disallowed) |
| 11/19/10 | organize files (.3) | ($193.50 disallowed) |
| 11/22/10 | update chart (.8); docket review regarding same (.3) | ($264.00 disallowed) |
| 11/23/10 | update master chart (.3) | ($72.00 disallowed) |
| 11/24/10 | update chart (.6); circulate chart (.1); docket review (.2) | ($216.00 disallowed) |
| 12/07/10 | obtain and assemble exhibits (2.1) | ($504.00 disallowed) |
| 12/07/10 | begin chart (.5); update chart (.4) | ($216.00 disallowed) |
| 12/08/10 | update chart (.2) | ($48.00 disallowed) |
| 12/14/10 | update chart for extensions (.4) | ($96.00 disallowed) |
| 12/15/10 | update chart for extensions (.4) | ($96.00 disallowed) |
| 12/16/10 | update chart (.4); review and assemble exhibits (1.0) | ($336.00 disallowed) |
| 12/17/10 | update chart (.4); review and assemble exhibits (4.1) | ($1080.00 disallowed) |
| 12/20/10 | update chart (.4); obtain and assemble exhibits (2.9) | ($792.00 disallowed) |
| 12/21/10 | update chart (.4); assemble exhibits (1.3) | ($408.00 |

| Date | Description | Amount |
|---|---|---|
| | disallowed) | |
| 12/23/10 | e-file complaints (5.8); update chart (.5) | ($1512.00 disallowed) |
| 12/28/10 | e-file complaint (.2); update chart (1.2) | ($336.00 disallowed) |
| 12/29/10 | re-file amended complaint (.2) | ($48.00 disallowed) |
| 12/30/10 | e-file executed summons' (2.5) | ($600.00 disallowed) |
| 01/04/11 | begin to draft chart (2.1) | ($525.00 disallowed) |
| 01/06/11 | update chart (1.5) | ($375.00 disallowed) |
| 01/07/11 | complete updates to chart (5.3) | ($1325.00 disallowed) |
| 01/10/11 | e-file dismissals (.2) | ($50.00 disallowed) |
| 01/11/11 | e-file amended complaint (.2); draft chart of holds (1.1) | ($325.00 disallowed) |
| 01/12/11 | organize file (.2) | ($134.00 disallowed) |
| 01/12/11 | e-file summons (.2); update charts (1.5) | ($425.00 disallowed) |
| 01/13/11 | e-file executed alias summons (.2); update charts (2.5) | ($675.00 disallowed) |
| 01/18/11 | update charts (1.0) | ($250.00 disallowed) |
| 01/19/11 | compile charts (2.4) | ($600.00 disallowed) |
| 01/20/11 | e-file complaints (6.4) | ($1600.00 disallowed) |
| 01/21/11 | e-file complaints (4.5) | ($1125.00 disallowed) |
| 01/24/11 | revised and combined charts (2.8); updated charts (1.6) | ($1100.00 disallowed) |
| 01/25/11 | draft and revise charts (2.6) | ($650.00 disallowed) |
| 01/27/11 | update status charts (.8) | ($380.00 disallowed) |
| 01/27/11 | update charts (1.7) | ($425.00 disallowed) |
| 01/28/11 | review and e-file executed summons (1.8) | ($450.00 disallowed) |

Case Administration
| 10/01/10 | review docket for specific pleadings (.3) | ($72.00 disallowed) |
|---|---|---|
| 11/09/10 | e-file motion (.3) | ($72.00 disallowed) |

Claims Administration
| 01/24/11 | review chart (.2) | ($113.00 disallowed) |
|---|---|---|

Retention/Fee Matters
| 11/10/10 | update status chart (.3) | ($72.00 disallowed) |
|---|---|---|
| 11/15/10 | e-file notice of hearing (.3) | ($72.00 disallowed) |

Neal, Gerber & Eisenberg LLP is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: **2 1 APR 2011**

Entered:

/s/ Bruce W. Black

Bruce W. Black
United States Bankruptcy Court