UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No: 09 B 02046 |
| XMH CORP 1. | ) | |
| (f/k/a Hartmarx Corporation), *et al.*, | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors, | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Skadden, Arps, Slate, Meagher & Flom, LLP, Attorneys for the Debtor, for Allowance and Payment of Fifth Interim Application for Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $271,097.00 | Total Costs Requested: | $3,635.00 |
| Fees Disallowed: | $ 4,866.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $266,231.00 | Total Costs Allowed: | $3,635.00 |

Total Fees and Costs Allowed:   $269,866.00

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

| Date | Description | Amount |
|---|---|---|
| 06/01/10 | Prepare and file certificate of service (.5) | $148.00 |
| 06/02/10 | File KCC affidavit of service for the fourth omnibus Objection. (.2) | $59.00 |
| 06/22/10 | File omnibus reply to debtors' fourth omnibus objection to claims (.2); coordinate service of same (.1) | $89.00 |
| 06/23/10 | File and serve agenda (.4); draft certificate of service and file (.7) | $324.50 |
| 06/25/10 | Draft and file certificate of service for same (.4) | $118.00 |
| 07/12/10 | Electronic filing of 9019 and letter of creditor motions (1.1); prepare and assist with service of motions (1.6) | $797.00 |
| 07/13/10 | Prepare certificate of service and file (.6); prepare package of 9019 motions and send to us | |

| Date | Description | Amount |
|---|---|---|
| | department of justice contact(.2) | $236.00 |
| 07/15/10 | File the june mor and skadden fee application (.3); Prepare for service of same (.2) | $236.00 |
| 07/16/10 | File notice of fee application hearings and conduct service of same(.7) | $206.50 |
| 07/19/10 | Revise and file certificate of service (.3) | $88.50 |
| 07/20/10 | File fifth omnibus objection and forward to kcc for service(.4) | $118.00 |
| 07/21/10 | File agenda (.2); coordinate service of same (.2) | $118.00 |
| 07/22/10 | Assemble hearing materials (1.2) | $354.00 |
| 07/26/10 | Download document from docket as requested (.1) | $30.00 |
| 07/06/10 – 07/13/10 | File maintenance (3.4); organize documents and file into newly created folders | $468.00 |
| 09/14/10 | File the august monthly operating report and coordinate service of same (.2) | $59.00 |
| 09/16/10 | Draft and file certificate of service for monthly operating reports (.5) | $148.00 |
| 09/21/10 | Update hearing agenda and file with the court (1.0); Assemble and file omnibus objections (1.5); Coordinate service of filings and conduct email service (1.0) | $1,180 |
| 09/24/10 | Conduct email service of entered orders (.3) | $88.50 |
| **Total:** | | **$4,866.00** |

**Skadden, Arps, Slate, Meagher & Flom, LLP,** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: 2 1 APR 2011

Entered:

Bruce W. Black
United States Bankruptcy Court