UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                              )    Chapter 11
                                                                    )    Case No: 09 B 02046
XMH CORP 1.                                                         )
(f/k/a Hartmarx Corporation), *et al.*,                             )
                                                                    )    Honorable Bruce W. Black
            Debtors,                                                )
_____                                )

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Skadden, Arps, Slate, Meagher & Flom, LLP, Attorneys for the Debtor, for Allowance and Payment of Sixth Interim Application for Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $144,135.00 | Total Costs Requested: | $1,652.00 |
| Fees Disallowed: | $ 4,811.00 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $139,324.00 | Total Costs Allowed: | $1,652.00 |

Total Fees and Costs Allowed:    $140,976.00

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)    Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

| | | |
|---|---|---|
| 12/14/10 | **Prepare and file documents with the bankruptcy court (.8)** | $ 383.50 |
| | **Revise hearing agenda and file (.5)** | |
| 12/16/10 | **Prepare materials for court (1.5);** | $ 590.00 |
| | **Draft and file certificate of service (.5)** | |
| 12/21/10 | **Prepare and file 11th omnibus objection (.5)** | $ 148.00 |
| 12/23/10 | **Electronically file certificate and affidavit of service (.2)** | $ 59.00 |
| 01/07/11 | **Review and organize files related to recent case activety (1.0)** | $ 295.00 |
| 01/18/11 | **Prepare and file the 11th omnibus reply (.5)** | $ 148.00 |
| | **Prepare service of 11th omnibus reply (1.5)** | $ 442.50 |

| Date | Description | Amount |
|---|---|---|
| 01/19/11 | Finalize and file hearing agenda (1.0); conduct service of same (.3); prepare certificate of service for 11th omni reply and agenda and file same | $ 590.00 |
| 01/20/11 | Assist with filing of complaints (4.0); assemble materials for hearing (2.0) | $1,770.00 |
| 01/21/11 | Review status of delivery of summons' for the various complaints filed yesterday (.3); correspondence with fedex regarding certain deliveries and review of address information (.2) | $ 148.00 |
| 01/25/11 | Assemble and file certificates of service in the various adversarial cases for which we served summons (.5) | $ 148.00 |
| 01/31/11 | File certificates of service for alias summons (.3) | $ 89.00 |

Total: $4,811.00

**Skadden, Arps, Slate, Meagher & Flom, LLP,** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: 2 1 APR 2011

Entered:

Bruce W. Black
United States Bankruptcy Court