UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: XMH Corp. 1 (fka Hartmarx Corporation), *et al.*, | ) ) ) | Chapter 11<br>Case No: 09 B 2046 |
| Debtors. | ) ) ) | Honorable Bruce W. Black |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Butler Rubin Saltarelli & Boyd LLP, Conflicts Counsel for the Official Committee of Unsecured Creditors of XMH Corp. 1, et al. (f/k/a Hartmarx Corporation), for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | | |
|---|---|---|---|---|
| Total Fees Requested: | $ | 17,595.00 | Total Costs Requested: | $0 |
| Fees Disallowed: | $ | 2,421.00 | Costs Disallowed: | $0 |
| Total Fees Allowed: | $ | 15,174.00 | Total Costs Allowed: | $0 |

Total Fees and Costs Allowed:    $15,174.00

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)   Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

| | | |
|---|---|---|
| 1/14/11 | Electronic filing of adversary complaints | ($150.00 disallowed) |
| 1/18/11 | Filing adversary complaints | ($1377.00 disallowed) |
| 1/18/11 | Electronic filing of two adversaries | ($90.00 disallowed) |
| 1/19/11 | Electronic filing of adversary coversheet | ($30.00 disallowed) |
| 1/21/11 | Filing and service of complaint | ($714.00 disallowed) |
| 1/21/11 | Electronic filing of adversary complaint | ($60.00 disallowed) |

**Butler Rubin Saltarelli & Boyd LLP** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated: **21 APR 2011**

Entered:

_____
Bruce W. Black
United States Bankruptcy Court