## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



09 B 02046

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 28, 2012

| | |
|---|---|
| No.: 12-2020 | IN RE: XMH CORP. 1, Debtor - Appellee<br><br>and<br><br>HMX LLC, et al., Appellees<br><br>APPEAL OF: PUSSER'S (2001) LIMITED, |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-04659<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

Upon consideration of the **MOTION TO DISMISS CASE PURSUANT TO FRAP 42(B)** filed on September 28, 2012, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)