UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-02046 |
| XMH Corp. 1, (f/k/a Hartmarx | ) | (Jointly Administered) |
| Corporation), et al., | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Carol Doyle |
| | ) | |
| Debtor(s) ) | | |

**ORDER AUTHORIZING THE DEBTORS TO RETAIN ORION RECOVERY SERVICES, INC. AS CLAIMS RECOVERY PROFESSIONAL**

        This matter having come before the Court on the Debtors' Application to Retain Orion Recovery Services, Inc. as the Debtors' claims recovery professional  (the "Application"), wherein the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") applied to this Court for entry of an order authorizing the retention of Orion Recovery Services, Inc. ("Orion"), as the Debtors' claims recovery professional in the above-captioned cases, and upon the accompanying declaration of Michael G. Griffith (the "Griffith Declaration"); and it appearing that due and proper notice having been given; and the Court being satisfied based on the representations made in the Application and the Griffith Declaration that Orion does not hold or represent any interest that is adverse to the Debtors' estates in the above-captioned cases and is disinterested under Section 101(14) of the Bankruptcy Code; and it appearing to the Court that good and sufficient cause exists for the entry of this order, including that such retention is in the best interests of the Debtors' estates; and upon the record herein; and after due deliberation thereon,

   IT IS HEREBY ORDERED that:

   1. The Application is granted.

   2. Pursuant to 11 U.S.C. §§ 105 and 327(a) and FED. R. BANKR. P.  2014, the Debtors are authorized to employ and retain Orion on the terms and conditions set forth in the Application and is authorized to enter into and execute the "Agreement and Fee Memorandum."

   3.  Orion shall not be required to keep hourly records or submit monthly fee statements or interim fee applications, but instead shall file a final fee application after, and if, it earns a fee.

    4.  This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

                                                Enter:

                                                Honorable Carol A. Doyle
Dated:  April 16, 2014                          United States Bankruptcy Judge

**Prepared by:**

George N. Panagakis (ARDC No. 06205271)
Justin M. Winerman (ARDC No. 6298779)
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
Phone: (312) 407-0700

Counsel for the Debtors and Debtors-in-Possession