UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 09-02046 |
| XMH CORP. 1 ) | (Jointly Administered) |
| (f/k/a Hartmarx Corporation), et al., ) | Chapter: 11 |
| ) | Honorable Carol Doyle |
| ) | |
| ) | |
| Debtor(s) ) | |

**ORDER GRANTING FINAL DECREE CLOSING THE MAIN CASE**

Upon the motion (the "Motion") of the Liquidation Trust Administrator for the Liquidation Trust for an order granting final decree and closing the Main Case and granting other related relief; and it appearing that the Debtors' estates have been fully administered and that all transfers of property and distributions required to be made by the Plan have been made (or will be made promptly after entry of this Order); and the Liquidation Trust Administrator having submitted the Closing Report; and this Court having considered the record of the proceedings in the Main Case; and good and sufficient notice of the relief requested in the Motion having been given; and it appearing that no other or further notice need be given; and after due consideration and good and sufficient cause appearing therefore, it is hereby

ORDERED THAT:

1. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Bankruptcy Rule 3022-1, the Main Case is hereby closed.
2. The Clerk of the Court shall enter this final decree and order (the "Final Decree and Order") on the docket of the Main Case and such docket thereafter shall be marked as closed.
3. This Final Decree and Order is without prejudice to the rights of the Liquidation Trust Administrator or any other party in interest to seek to reopen the Main Case for good cause shown.
4. This Court shall retain jurisdiction (a) with respect to all matters arising from or related to the implementation or interpretation of this Final Decree and Order and (b) to enforce or interpret its own orders pertaining to the Chapter 11 Cases. Furthermore, this Court shall retain jurisdiction over any matter pending in the Main Case as of the date of entry of this Final Decree and Order.
5. Notwithstanding any stay that might be applicable to this Final Decree and Order, this Final Decree and Order shall be effective and enforceable immediately upon entry hereof.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 10, 2014

**Prepared by:**

George N. Panagakis (ARDC No. 06205271)
Justin M. Winerman (ARDC No. 6298779)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
155 North Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 407-0700